UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RIDGECOUNTRY, INC., | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:17-CV-2996-G (BT) |
| WILLMINGTON SAVINGS FUND | ) |
| SOCIETY FSB, ET AL., | ) |
| Defendants. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford dated November 15, 2019. The district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objections were made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge. Accordingly, this case is hereby **REMANDED** to the 439th District Court, Rockwall County, and the clerk of the court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**.

December 9, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**